# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

MICHAEL A. FISHER                                                                          PLAINTIFF

v.                                          CASE NO. 2:20-CV-2139

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                      DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 21) from Chief United States Magistrate Judge Mark E. Ford. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this December 27, 2021.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE