# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### FORT SMITH DIVISION

| | |
|---|---|
| MICHAEL A. FISHER | PLAINTIFF |
| v.  CASE NO.  2:20-CV-2139 | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | DEFENDANT |

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED** this December 27, 2021.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE